IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

Alicia M. Smith

Case No. B 10-82151
Chapter 13

S.S. No. xxx-xx-4720
Mailing Address:
920 Clarion Drive,
Durham, N C 27705

Debtor.

### APPLICATION FOR ADDITIONAL ATTORNEYSEXPENSES

NOW COMES the undersigned attorney for the Debtor and the Law Offices of John T. Orcutt, P.C., and makes application to this Court for additional compensation over and above the standard attorney fee allowed by the Court. In support of this application, the attorney for the Debtor and the Law Offices of John T. Orcutt, P.C. states to the Court the following:

1. The Debtor filed a voluntary Chapter 13 case on November 24, 2010 and an Order confirming the Debtor's Chapter 13 plan was entered on February 21, 2011.

2. Rather than seeking to having the filing fees paid in installments, the Law Offices of John T. Orcutt, P.C., advanced those and related costs, including for credit counseling and credit reports, in the amount of $358.00, and seeks allowance of that amount in addition to the presumptive base fee of $3,000.00.

WHEREFORE, the attorney for the Debtor and the Law Offices of John T. Orcutt, P.C., pray the Court to approve the application for additional attorney expenses in the amount of $358.00.

Dated: April 4, 2011

/s Edward C.Boltz
Edward C. Boltz
**The Law Offices of John T. Orcutt, P.C.**
North Carolina State Bar No.: 23003
1738 Hillandale Road
Suite D
Durham, NC 27705
(919) 286-1695
eboltz@johnorcutt.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

Case No. B 10-82151

**Alicia M. Smith**

S.S. No. xxx-xx-4720
Mailing Address:
920 Clarion Drive,
Durham, N C 27705

Debtor.

### CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on April 4, 2011 , I served copies of the foregoing **APPLICATION FOR ADDITIONAL ATTORNEYS EXPENSES** electronically or, when unavailable, by regular first-class U.S. mail, addressed to the following parties:

Richard M. Hutson, II
Chapter 13 Trustee
P.O. Box 3613
Durham, N.C. 27702-3613

Michael D. West
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, N.C. 27402-1828

Alicia M. Smith
920 Clarion Drive,
Durham, N C 27705


Dated: April 4, 2011

/s Renee Nolte
Renee Nolte