UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: )
)
    Alicia m. Smith )   Case No. B-10-82151
)
                            Debtor. )

BANKRUPTCY ADMINISTRATOR'S OBJECTION TO
APPLICATION FOR COMPENSATION

The United States Bankruptcy Administrator for the Middle District of North Carolina, objects to the **APPLICATION FOR ADDITIONAL ATTORNEYS EXPENSES**. In support of such objection, the undersigned does hereby respectively show the court the following:

1. Attached is the Bankruptcy Administrator's Fee Review Sheet for this application, which is incorporated by reference as if fully set forth in this objection.

2. The Bankruptcy Administrator's Fee Review Sheet sets out the amount of compensation that the Bankruptcy Administrator, after a review of the application, believes is reasonable under the totality of circumstances.

3. The Bankruptcy Administrator's Fee Review Sheet describes the BA's problems and concerns with the requested fee and also sets forth a calculation of the adjusted amount.

WHEREFORE, the Unites States Bankruptcy Administrator requests that the court award the applicant fees in the amount as set forth in the attached Bankruptcy Administrator's Fee Review Sheet.

This the   18th   day of May, 2011.

                                                  Robyn C. Whitman, Attorney for
                                                (NCSB #16325)
                                        Michael D. West
                                        U.S. Bankruptcy Administrator
                                        N.C. State Bar No. 6915

US Bankruptcy Administrator
PO Box 1828
Greensboro, NC 27402
(336)358-4170

Judge: Judge Stocks
Case Name: Alicia M. Smith
Case Number: B-10-82151
Hearing Date: 05/19/11            Prepared by: J.P.
Application For: Cost of Filing Case

AMOUNT REQUESTED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 0.00 |
| Total Fees | | 0.00 | | 0.00 |
| | Filing Fee | 274.00 | | |
| | Pacer access | 10.00 | | |
| | Credit reports | 10.00 | | |
| | Judgement Search | 10.00 | | |
| | Credit Counseling | 34.00 | | |
| | To equal request | 20.00 | | |
| Expenses | | | | 358.00 |
| Total Expenses Requested | | | | 358.00 |

RECOMMENDATION and COMMENTS
\_\_\_\_\_ 1. All time and charges appear necessary and proper.
\_\_X\_\_ 2. Other:
1. This requests a standard fee plus the costs of filing
2. The detail does total the amount requested.
3. The PACER cost would seem to be an estimate, not the actual cost. Therefore, the recommendation is to disallow it as not being an actual cost.
4. The Bankruptcy Administrator does not generally respond to requests for the presumptive fee and does not make a recommendation at this time.
5. The recommendation is that the requested expenses be reduced by $30.

AMOUNT RECOMMENDED

| Name | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Edward Boltz | Attorney | | | 0.00 |
| Total Fees | | 0.00 | | 0.00 |
| Expenses | | ======== | | 0.00 |
| Total Expenses Recommended | | | | 328.00 |

SUMMARY
                                                                 0.00
   Costs and expenses                                     328.00

   Total expenses                                            328.00
   Less:

   Balance due                                              328.00

OTHER COMMENTS/RECOMMENDATIONS:

Date Reviewed: 5/18/2011           *Robert A. C. Whitman, for the*
                                                            Bankruptcy Administrator

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                                         )
                                               )
    Alicia m. Smith                            )      Case No. B-10-82151
                                               )
_____Debtor._____)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the attached **BANKRUPTCY ADMINISTRATOR'S OBJECTION TO APPLICATION FOR COMPENSATION**, in the above captioned case was duly served on the parties listed below by depositing a copy in the United States Mail, first class, postage prepaid and addressed as follows:

Edward C. Boltz, Esquire (via electronic service)
1738 Hillandale Road, Sutie D.
Durham, NC 2705

Richard M. Hutson, II, Esquire (via electronic service)
Chapter 13 Office
P. O. Box 3613
Durham, NC 27702


    This the ___18th__ day of May, 2011


                                                            /s/ John E. Peterson
                                                            John E. Peterson
                                                           Financial Estate Analyst


U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402
(336) 358-4170