C-13-16(FTP)
(Rev. 6/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-82151  C-13D |
| Alicia M. Smith | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER APPROVING APPLICATION FOR REIMBURSEMENT
## OF FEES ADVANCED PRE-PETITION

On May 19, 2011, a hearing was held on the Debtor's attorney's Application for Reimbursement of Fees Advanced Pre-petition (the "Application"), and Objection by the United States Bankruptcy Administrator to the Application. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Applicant; Robyn Whitman, Esq. appeared on behalf of the United States Bankruptcy Administrator; and, Richard M. Hutson II, Standing Trustee appeared. The Application requests reimbursement of funds advanced on the Debtor's behalf for filing fees and related costs consisting of payment of credit counseling, credit report, and for judgment searches in the total amount of $358.00. The Court, after considering the Application, statement and arguments of counsel, finds that the Objection by the United States Bankruptcy Administrator should be sustained as to $30.00 of the Application and the balance allowed in accordance with the terms of this Order; therefore, it is

ORDERED that the objection by the United States Bankruptcy Administrator is sustained and the Application for Reimbursement of Fees Advanced Pre-petition is approved in the total amount of $328.00, to be paid through the Debtors' plan.

**PARTIES IN INTEREST**
Page 1 of 1
10-82151 C-13D

Alicia M. Smith
920 Clarion Dr.
Durham, NC  27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Michael D. West, Esq.
US Bankruptcy Administrator
PO Box 1828
Greensboro, NC  27402